IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| IN RE: | ) | |
| TIFFANY E. SPRECK, | ) | |
| | ) | |
|     Debtor. | ) | Case No. 10-18113 |
| | ) | |
| Community First Bank of | ) | Chapter 13 |
| The Heartland, | ) | |
|     Movant | ) | Judge: Pamela S. Hollis |
| | ) | |
| vs. | ) | Set for Hearing: May 24, 2010 9:30 a.m. |
| | ) | |
| Tiffany E. Spreck, | ) | |
| | ) | |
|     Respondent. | ) | |

## AMENDED SUMMARY OF EXHIBITS

The following exhibits pertain to the Motion to Confirm Absence of Stay (Doc. 17), Response to Motion to Impose Automatic Stay (Doc. 19), the Response to Motion for Contempt Sanctions (Doc. 20) and the Motion to Dismiss (Doc. 26) filed herein by Community First Bank of the Heartland:

**Exhibit 1:** **Foreclosure Case No. 2009-CH-74:** Order Placing Mortgagee in Possession entered October13, 2009;

**Exhibit 1-B: Replevin Case No. 2009-LM-124:** Order for Replevin entered September 14, 2009;

**Exhibit 2:** **Ch. 13 Bankruptcy No. 09-41805:**

    A.    Motion for Relief from Automatic Stay or in the Alternative for Adequate Protection filed November 3, 2009;

    B.    Order Granting Relief from Stay entered November 20, 2009;

    C.    Trustee's Motion to Dismiss for Failure to Appear filed February 4, 2010;

        D.      Order of Dismissal entered February 5, 2010;

        E.      Motion to Dismiss filed November 3, 2009;

        F.      Trustee's Final Report and Account;

        G.      Transcript of Proceedings on December 29, 2009;

**Exhibit 3:** <u>Ch. 13 Bankruptcy No. 10-40184:</u>

        A.      Minute Order Dismissing Case entered February 24, 2010;

        B.      Notice of Dismissal filed March 11, 2010

        C.      Administrative Claim for fees owing in BK 09-41805)

**Exhibit 4:** **Illinois Secretary of State Corporation File Detail Report for Risk & Insurance Management Services, Inc.**

                                        <u>/s/ Robert E. Shaw, attorney for Movant</u>

Robert E. Shaw
IL ARDC No. 03123632
SHAW & MARTIN, P.C.
Attorneys at Law
P.O. Box 1789
Mt. Vernon, Illinois 62864
Telephone (618) 244-1788

## **PROOF OF SERVICE**

I hereby certify that on May 12, 2010 I electronically filed this Summary of Exhibits with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

**Marilyn O Marshall**                              **William T Neary**
courtdocs@chi13.com                           USTPRegion11.ES.ECF@usdoj.go

The undersigned further certifies that a true and accurate copy of this pleading was deposited in the United States mail, first class, postage prepaid on May 12, 2010 addressed to the following:

Tiffany E. Spreck                                    Capital One Auto Finance Department
4 Chippewa Court                                  P.O. BOX 201347
Burr Ridge, IL 60521                             ARLINGTON, TX 76006


                                                        /s/  Robert E. Shaw