IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| IN RE: | ) | |
| TIFFANY E. SPRECK, | ) | |
| | ) | |
| Debtor. | ) | Case No. 10-18113 |
| | ) | |
| Community First Bank of | ) | Chapter 13 |
| The Heartland, | ) | |
| Movant | ) | Judge: Pamela S. Hollis |
| | ) | |
| vs. | ) | Set for Hearing: July 19, 2010; 2:00 p.m. |
| | ) | . |
| Tiffany E. Spreck, | ) | |
| | ) | |
| Respondent. | ) | |

## WITNESS AND EXHIBIT LIST

In accordance with the Court's order of May 24, 2010 Movant Community First Bank of the Heartland gives notice that the following witnesses will be called and the following exhibits will be offered in support of Movant's Motion to Dismiss and Bar Debtor (Doc. #26) at the evidentiary hearing on such Motion now set for July 19, 2010 at 2:00 PM:

### WITNESSES

Rick Pigg
Vice President
Community First Bank of the Heartland
117 N. 10th St.
Mt. Vernon, IL 62864

Tiffany Spreck, Debtor

### EXHIBITS

| State Court Proceedings | | # of pages |
|---|---|---|
| 1 | Order Placing Mortgagee in Possession; | 3 |
| 1.1 | Motion to Place Mortgagee in Possession; | 5 |

| | | |
|---|---|---|
| 1.2 | Affidavit of Deputy Kiselewski; | 2 |
| 1.3 | Vehicle registration for Debtor's 2004 BMW; | 4 |
| 1.4 | Judgment of Foreclosure and Sale; | 7 |
| 1-B | Order for Replevin; | 3 |

| Debtor's First Bankruptcy (Case No. 09-41805) | | # of pages |
|---|---|---|
| 2.1 | Motion for Leave to Withdraw by atty McCann; | 1 |
| 2.2 | Order granting leave to withdraw; | 1 |
| 2-A | Motion for Relief from Stay w. exhibits; | 13 |
| 2-B | Order Granting Relief from Stay (w. Notice Recipients) | 2 |
| 2-C | Trustee's Motion to Dismiss | 1 |
| 2-D | Order of Dismissal (w. Notice Recipients) | 2 |
| 2-E | Motion to Dismiss (by CFB with all exhibits) | 49 |
| 2-F | Trustee's Final Report | 2 |
| 2-G | Transcript of Proceedings | 15 |
| 2-H | Petition, Schedules, Stmt of Affairs, Plan | 46 |

Debtor's Second Bankruptcy (Case No. 10-40184)

| | | |
|---|---|---|
| 3-A | Minute Order of Dismissal (w. Notice Recipients); | 1 |
| 3-B | Notice to Creditors of Dismissal (w. Notice Recipients); | 1 |
| 3-C | Administrative Claim (unpaid filing fee); | 1 |
| 3-D | Petition, Schedules, Stmt of Affairs, Plan | 47 |

Debtor's Third Bankruptcy (Case No. 10-18113)

| | | |
|---|---|---|
| 4-A | SOS record for Debtor's employer; | 1 |
| 4-B | Petition, Schedules, Stmt of Affairs, Plan; | 47 |
| 4-C | Required Statement of CFB; | 1 |
| 4-D | Amended Proof of Claim of CFB. | 37 |

/s/ Robert E. Shaw, attorney for Movant

Robert E. Shaw
IL ARDC No. 03123632
SHAW & MARTIN, P.C.
Attorneys at Law
P.O. Box 1789
Mt. Vernon, Illinois 62864
Telephone (618) 244-1788

2

## **PROOF OF SERVICE**

I hereby certify that on July 8, 2010 I electronically filed this Witness and Exhibit List with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

**Marilyn O Marshall**  
courtdocs@chi13.com

**William T Neary**  
USTPRegion11.ES.ECF@usdoj.gov

**Laura C. Wardinski**  
Kropik@kropik.net

The undersigned further certifies that a true and accurate copy of this pleading with all exhibits was deposited in the United States mail, first class, postage prepaid on July 8, 2010 addressed to the following:

Tiffany E. Spreck  
4 Chippewa Court  
Burr Ridge, IL 60521

The undersigned further certifies that two true and accurate copies of this pleading with all exhibits were mailed to the Honorable Pamela S. Hollis by first class mail, postage prepaid on July 8, 2010.

/s/ Robert E. Shaw